Exhibit 2

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| Claim 7.1 An apparatus comprising: a media management device hosting a media management mechanism to facilitate user-controlled features relating to media content in media communities, the media management device including a processing device coupled to memory, the processing device to: | As highlighted below, The SiriusXM application operates on a media-enabled computing device and executes download initiation, content management, playback control, offline access enforcement, and deletion workflows (e.g., "Download" action, "Manage Downloads," and automatic removal of expired content), evidencing operation by a processing device. SiriusXM further explicitly discloses that downloaded on-demand content is "stored locally on your mobile device," and describes retention and removal of such content, demonstrating use of device memory to save media items.<br><br>**Product Related Information Below:**<br><br> |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | SiriusXM Features*<br><br>Online Music Streaming<br>- Unlock exclusive artist stations — The Beatles, Bruce Springsteen, Carrie Underwood, Dave Matthews Band, Diplo, Disney Hits, Eminem, Eric Church, John Mayer, Kenny Chesney, LL COOL J, Metallica, Pearl Jam, Red Hot Chili Peppers, Shaggy, Smokey Robinson, Steve Aoki, U2, & more<br>- Listen to Christmas music stations and holiday radio all season long<br><br>Live Sports Radio & Analysis<br>- Stream play-by-play of every major professional sport PLUS expert talk & analysis — NFL, MLB®, NBA, NHL®, the PGA TOUR®, & NASCAR®. Stay up-to-date with live scores in the app.<br>- Tune in to top NCAA® conferences — ACC, SEC, Big 12, Big Ten, & more<br>- ESPN Radio, NBC Sports Radio, FOX Sports, & Infinity Sports Network in just a few taps<br>- Listen to sports talk radio for news, fantasy sports analysis, & more<br><br>News, Podcasts, Talk Shows, & Comedy<br>- Hear live news radio & political talk from all angles — FOX News, CNN, MS NOW, BBC World Service, FOX Business, CNBC, Bloomberg Radio, C-SPAN, NPR Now, & more<br>- Listen to Howard Stern on two exclusive channels*<br>- Stream unscripted talk radio with A-list hosts — Andy Cohen, Conan O'Brien, & TODAY Show Radio<br>- Laugh along to exclusive comedy — Kevin Hart's LOL Radio, Netflix Is A Joke Radio, & Comedy Central Radio<br><br>Discover & Save More of What You Love<br>- Expand your listening with personalized recommendations<br>- Explore dedicated pages for teams, genres, bands, channels, & more<br>- Save & organize your favorite radio stations, artists, & content in Your Library<br>- Get alerts when your shows or game-day programs go live<br>- Browse SiriusXM music and audio on our channel guide<br><br>https://apps.apple.com/us/app/siriusxm-music-sports-news/id317951436 |

2

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | # How long can I keep <u>downloaded shows on my device?</u>

Some shows have expiring content – <u>those downloads will be removed from your device as they expire.</u> You'll see an "expiring soon" badge when it's close to expiring.

NOTE: If you have the Remove Played Downloads setting On, we will automatically removed <u>downloads off your device for played episodes.</u>

https://www.siriusxm.com/help/downloaded-shows |
| Claim 7.2 facilitate displaying of an interactive user interface while playing a media item media-enabled computing device, wherein the media item comprises an audio item or a video item; | As highlighted below, the app shows an interactive UI and remains interactive, while audio or video plays, allowing pause, like, add to favorites, or playlist addition during playback functions.

**Product Related Information Below:** |

3

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | **SiriusXM Features\*** |
| | **Online Music Streaming** |
| | - Unlock exclusive artist stations — The Beatles, Bruce Springsteen, Carrie Underwood, Dave Matthews Band, Diplo, Disney Hits, Eminem, Eric Church, John Mayer, Kenny Chesney, LL COOL J, Metallica, Pearl Jam, Red Hot Chili Peppers, Shaggy, Smokey Robinson, Steve Aoki, U2, & more |
| | - Listen to Christmas music stations and holiday radio all season long |
| | **Live Sports Radio & Analysis** |
| | - Stream play-by-play of every major professional sport PLUS expert talk & analysis — NFL, MLB®, NBA, NHL®, the PGA TOUR®, & NASCAR®. Stay up-to-date with live scores in the app. |
| | - Tune in to top NCAA® conferences — ACC, SEC, Big 12, Big Ten, & more |
| | - ESPN Radio, NBC Sports Radio, FOX Sports, & Infinity Sports Network in just a few taps |
| | - Listen to sports talk radio for news, fantasy sports analysis, & more |
| | **News, Podcasts, Talk Shows, & Comedy** |
| | - Hear live news radio & political talk from all angles — FOX News, CNN, MS NOW, BBC World Service, FOX Business, CNBC, Bloomberg Radio, C-SPAN, NPR Now, & more |
| | - Listen to Howard Stern on two exclusive channels\* |
| | - Stream unscripted talk radio with A-list hosts — Andy Cohen, Conan O'Brien, & TODAY Show Radio |
| | - Laugh along to exclusive comedy — Kevin Hart's LOL Radio, Netflix Is A Joke Radio, & Comedy Central Radio |
| | **Discover & Save More of What You Love** |
| | - Expand your listening with personalized recommendations |
| | - Explore dedicated pages for teams, genres, bands, channels, & more |
| | - Save & organize your favorite radio stations, artists, & content in Your Library |
| | - Get alerts when your shows or game-day programs go live |
| | - Browse SiriusXM music and audio on our channel guide |
| | https://apps.apple.com/us/app/siriusxm-music-sports-news/id317951436 |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  **Sirius XM Radio App Review** https://www.youtube.com/watch?v=e4wO-9Y8Q_8 |

6

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  https://www.siriusxm.com/music?intcmp=Global%20Nav_NA_www:Home_Music_GlobalNav |
| Claim 7.3 and facilitate selecting of a playlist assistance function using the user interface at the media-enabled computing device, wherein the playlist assistance function to facilitate locating, identifying, and displaying of results based on search criteria associated with media items such that prior to the results being displayed, | As highlighted below, SiriusXM App search bar and discover function allow locating playlists or tracks based on title, artist, or genre. Here, the search tab can be considered as playlist assistance function that displaying the results based on the search criteria associated the media item prior to the results being displayed. (For e.g. Artist, playlist, track, etc.)<br><br>**Product Related Information Below:** |

7

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  **What's Available in SiriusXM** https://www.youtube.com/watch?v=YBOaY8DlXLw |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  **How to Download SiriusXM: Music, Sports & News App on iPhone** https://www.youtube.com/watch?v=OaUcHEfBTMo https://apps.apple.com/us/app/siriusxm-music-sports-news/id317951436 |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
|  | https://play.google.com/store/apps/details?id=com.sirius&hl=en |
| Claim 7.4 the results are exactly matched with one or more search categories and other contents of the search criteria, wherein the results include one or more playlists that are classified as a final output without any recommendations or suggestions, wherein the one or more playlists include a one or more media items that coincide with the one or more search categories based on the search criteria, | As indicated below, users can refine searches by keywords such as artist name, track title, geners or album title to obtain precise results. The search mechanism filters and displays playlists or tracks that match the entered criteria, effectively generating results aligned with specific search categories. This behavior corresponds to the claim requirement that results be matched with one or more search categories and other contents of the search criteria prior to display.<br><br>**Product Related Information Below:**<br><br><br><br>**What's Available in SiriusXM**<br>https://www.youtube.com/watch?v=YBOaY8DlXLw |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  How to Download SiriusXM: Music, Sports & News App on iPhone <br><br> https://www.youtube.com/watch?v=OaUcHEfBTMo <br><br> Discover & Save More of What You Love<br>- Expand your listening with personalized recommendations<br>- Explore dedicated pages for teams, genres, bands, channels, & more<br>- Save & organize your favorite radio stations, artists, & content in Your Library<br>- Get alerts when your shows or game-day programs go live<br>- Browse SiriusXM music and audio on our channel guide <br><br> https://apps.apple.com/us/app/siriusxm-music-sports-news/id317951436 |
| Claim 7.5 wherein | As highlighted below, the SiriusXM application dynamically refreshes search results and associated |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| depending on the search criteria, the processing device to refresh the results and other information including user identifications, shared user identifications, artist data, themes, a social media webpage associated with a user, and the one or more playlists, | information based on user-provided search criteria and interaction context. SiriusXM discloses that personalized carousels, related content, and artist-specific data are updated dynamically in response to user searches and listening behavior. The application further associates refreshed results with identified users through signed-in profiles, supports shared user identification via social media webpages by surfacing artist social feeds within the app.<br><br>**Product Related Information Below:**<br><br>The refreshed design introduces new SXM App features like Personalized Carousels, which give users easy access to their most recently played content, as well as a wide array of personalized recommendations that help listeners discover even more music, news, sports, talk, and other programming to love based on their listening history.<br><br><br><br>https://www.siriusxm.com/blog/sxm-app-update |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | **App delivers more personalized user experience: improved content recommendations, syncs favorites and settings across all compatible devices, and better performance** <br><br> **New Search feature lets users discover more channels, shows, and episodes across SiriusXM's music, sports, comedy, news, talk and entertainment channel lineup** <br><br> **In-app Social feature connects listeners with the social media feeds of their favorite SiriusXM hosts and the shows they love** <br><br> NEW YORK, April 23, 2015 /PRNewswire/ -- SiriusXM today announced the launch of its next generation of streaming services with an updated app that allows subscribers to stay connected to their favorite SiriusXM programming on the go beyond the car. <br><br> Listeners can now see what's happening on the Facebook and Twitter social media feeds of their favorite SiriusXM hosts and reply, retweet, or comment right in the app. SiriusXM listeners can also tap the Custom Mix button and with a simple move of channel sliders customize and fine tune their favorite music and comedy channels by creating over 100 variations of each of more than 70 channels by adjusting unique characteristics like library depth, familiarity, music style, tempo, region, and multiple other channel-specific attributes. <br><br> SiriusXM App also gives listeners: <br><br> • Device Sync lets subscribers automatically keep all favorite channels and channel settings in sync across all compatible devices. <br><br> • Access favorite channels, shows, and more all in one place. <br><br> https://investor.siriusxm.com/news-events/press-releases/detail/1532/discover-your-favorite-artists-plus-get-exclusive |
| Claim 7.6 wherein the selection of the playlist assistance function facilitates performance of one or more tasks, wherein the one or more tasks comprise interactively displaying, by the user interface, a plurality of playlists having multiple sets of playlists offering multiple media items, | As highlighted below, the app discover & search tab (playlist assistance function) presents a plurality of playlists having multiple sets of playlists offering multiple media items, and track collections interactively under each search keyword. <br><br> **Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | <br>**What's Available in SiriusXM**<br>https://www.youtube.com/watch?v=YBOaY8DlXLw |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  **How to Download SiriusXM: Music, Sports & News App on iPhone** https://www.youtube.com/watch?v=OaUcHEfBTMo |
| Claim 7.7 wherein the media-enabled computing device comprises one or more of a smartphone, a tablet computer, a wearable smart device, a laptop computer, and a desktop computer, wherein the media- | As highlighted below, the SiriusXM works across smartphones/tablets/connected devices, and the app inherently includes a media player function.. **Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| enabled computing device includes a media player, |  |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  https://apps.apple.com/us/app/siriusxm-music-sports-news/id317951436 |
| Claim 7.8 wherein the one or more search categories include at least one of one or more titles, one or more artists, one or more albums, and one or more genres relating to the media item, wherein the playlist assistance function is further to facilitate shuffling or sorting and playing of the one or more playlists, | As highlighted below, the SiriusXM app UI displays one or more search categories (For e.g. Artist, Track, Playlist, etc.). Further, also allow user to sort the output results or media items by clicking on the icons 'Track', Artis, Album, POP, etc. and playing one or more tracks. These functions align with the playlist assistance capability to sort and play playlists by search category.<br><br>**Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  How to Download SiriusXM: Music, Sports & News App on iPhone<br><br>https://www.youtube.com/watch?v=OaUcHEfBTMo<br><br>https://apps.apple.com/us/app/siriusxm-music-sports-news/id317951436 |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| Claim 7.9 wherein selecting further includes dynamically identifying and selecting media content from the one or more playlists while the media content is being displayed in accordance with one or more queries, wherein the media content includes the media item, | As highlighted below, SiriusXM app enables users to dynamically select, tracks in a playlist while playback continues. This fulfills the dynamic identification and selection of media content requirement. <br><br> **Product Related Information Below:** <br><br>  <br><br> **How to Download SiriusXM: Music, Sports & News App on iPhone** <br><br> https://www.youtube.com/watch?v=OaUcHEfBTMo |

20

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | Discover & Save More of What You Love<br>- Expand your listening with personalized recommendations<br>- Explore dedicated pages for teams, genres, bands, channels, & more<br>- Save & organize your favorite radio stations, artists, & content in Your Library<br>- Get alerts when your shows or game-day programs go live<br>- Browse SiriusXM music and audio on our channel guide<br><br>**https://apps.apple.com/us/app/siriusxm-music-sports-news/id317951436**<br><br>• **Unparalleled variety** — Experience SiriusXM's expertly curated ad-free music and exclusive artist channels, premium sports coverage, and the biggest names in comedy, news, and talk entertainment. Plus, you can also stream thousands of hours of never-before-heard interviews, shows, and performances—all on demand, right in your vehicle.<br>• **Personalized discovery** — Search less and enjoy more in your vehicle. Discover new channels and on-demand shows with hand-picked "For You" recommendations that get smarter as you listen.<br>• **Easy to use** — Seamlessly switch between your favorite live channels and on-demand streaming content with easy, one-touch access. Quickly find the entertainment you love by category and genre, or simply enter a channel number. Discover new favorites by tapping the "Related" button for channels and shows similar to what's currently playing.<br>• **Anytime, anywhere** — Enjoy more variety and the best entertainment right from your vehicle. Plus, listen on your home and mobile devices with the mobile app, which comes with all of SiriusXM's most popular plans.<br><br>**https://www.siriusxm.com/360l-support** |
| Claim 7.10 wherein the results further include one or more gates to the one or more playlists, one or more links to one or more media communities or services, and a dynamic feed offering a set of data relating to a user or one or more other users having access to the user interface, | As highlighted below, the SiriusXM application presents search results and discovery interfaces that include multiple gates and links to collections of media content. For example, channel, and show tiles operate as selectable gates that open curated collections of media items functionally equivalent to playlists. SiriusXM further provides links to external media communities and services, including artists' social media webpages accessible through in-app social features. Additionally, the application displays dynamic, personalized feeds—such as personalized carousels that update based on user identity, listening behavior, and shared interactions, thereby offering sets of data relating to the user and, through sharing features, to other users having access to the interface.<br><br>**Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | **In-app Social feature connects listeners with the social media feeds of their favorite SiriusXM hosts and the shows they love**<br><br>NEW YORK, April 23, 2015 /PRNewswire/ -- SiriusXM today announced the launch of its next generation of streaming services with an updated app that allows subscribers to stay connected to their favorite SiriusXM programming on the go beyond the car.<br><br>https://investor.siriusxm.com/news-events/press-releases/detail/1532/discover-your-favorite-artists-plus-get-exclusive<br><br>• **Unparalleled variety** — Experience SiriusXM's expertly curated ad-free music and exclusive artist channels, premium sports coverage, and the biggest names in comedy, news, and talk entertainment. Plus, you can also stream thousands of hours of never-before-heard interviews, shows, and performances—all on demand, right in your vehicle.<br>• **Personalized discovery** — Search less and enjoy more in your vehicle. Discover new channels and on-demand shows with hand-picked "For You" recommendations that get smarter as you listen.<br>• **Easy to use** — Seamlessly switch between your favorite live channels and on-demand streaming content with easy, one-touch access. Quickly find the entertainment you love by category and genre, or simply enter a channel number. Discover new favorites by tapping the "Related" button for channels and shows similar to what's currently playing.<br>• **Anytime, anywhere** — Enjoy more variety and the best entertainment right from your vehicle. Plus, listen on your home and mobile devices with the mobile app, which comes with all of SiriusXM's most popular plans. |

22

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| |  https://www.siriusxm.com/360l-support |
| Claim 7.11 wherein the results are populated based on most popular playlists from a dynamic music service catalogue in accordance with the search criteria obtained through an initial user search associated with the user, wherein the results further include automatically displaying the media item on the social media webpage | As highlighted below, the SiriusXM application populates search results from a dynamic music service catalogue that surfaces popular and trending content, including popular music collections, in response to an initial user search. The Search interface explicitly displays popularity-based results (e.g., "Popular searches") conditioned on user-entered search criteria. SiriusXM further supports sharing of media items such as channels, shows, and episodes via social media platforms, enabling the shared media to be displayed on social media webpages associated with other users. In addition, SiriusXM integrates social media content within the app and personalizes results based on a signed-in user profile, thereby satisfying the requirement that results be associated with the user and shared with or displayed to one or more other users via social media webpages.<br><br>**Product Related Information Below:** |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| associated with the user or sharing with and displaying at one or more social media webpages associated with the one or more other users, | <br><br>What's Available in SiriusXM<br><br>https://www.youtube.com/watch?v=YBOaY8DlXLw |

24

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | • **Unparalleled variety** — Experience SiriusXM's expertly curated ad-free music and exclusive artist channels, premium sports coverage, and the biggest names in comedy, news, and talk entertainment. Plus, you can also stream thousands of hours of never-before-heard interviews, shows, and performances—all on demand, right in your vehicle. <br><br> • **Personalized discovery** — Search less and enjoy more in your vehicle. Discover new channels and on-demand shows with hand-picked "For You" recommendations that get smarter as you listen. <br><br> • **Easy to use** — Seamlessly switch between your favorite live channels and on-demand streaming content with easy, one-touch access. Quickly find the entertainment you love by category and genre, or simply enter a channel number. Discover new favorites by tapping the "Related" button for channels and shows similar to what's currently playing. <br><br> • **Anytime, anywhere** — Enjoy more variety and the best entertainment right from your vehicle. Plus, listen on your home and mobile devices with the mobile app, which comes with all of SiriusXM's most popular plans. <br><br> https://www.siriusxm.com/360l-support <br><br> **In-app Social feature connects listeners with the social media feeds of their favorite SiriusXM hosts and the shows they love** <br><br> NEW YORK, April 23, 2015 /PRNewswire/ -- SiriusXM today announced the launch of its next generation of streaming services with an updated app that allows subscribers to stay connected to their favorite SiriusXM programming on the go beyond the car. <br><br> The streaming service immerses subscribers in the world of SiriusXM with a refreshed look that puts them in control of their listening experience, a new Search feature making it easier than ever for listeners to get to the content they want On Demand, improved navigation that streamlines how listeners get to their customized channels, enhanced Social features, better personalized recommendations of channels, shows and content available to each listener, and improved speed and overall performance in low-bandwidth areas.  SiriusXM has also redesigned its app and online media player with a flexible architecture for new features and capabilities to be easily added through future updates. <br><br> https://investor.siriusxm.com/news-events/press-releases/detail/1532/discover-your-favorite-artists-plus-get-exclusive |
| Claim 7.12 wherein the playlist assistance function is represented as an icon on the user interface, wherein the playlist assistance | As highlighted below, the SiriusXM platform includes a 'search bar' & Discover bar icon (can be inferred as a Playlist assistance Function), that helps user to individually locate and identify and display a title, an artist, an album, or a playlist based on the one or more search criteria. When user taps the Search icon, it can query by track title, artist name, album name, or genre, and UI displays results filtered by that specific criterion, without requiring all categories to be searched simultaneously. |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| function is further to individually locate and identify and display a title, an artist, an album, or a genre based on the one or more search criteria without locating or identifying each of the one or more titles, the one or more artists, the one or more albums, and the one or more genres, and | **Product Related Information Below:**<br><br><br><br>**How to Download SiriusXM: Music, Sports & News App on iPhone**<br><br>https://www.youtube.com/watch?v=OaUcHEfBTMo |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | Discover & Save More of What You Love<br>- Expand your listening with personalized recommendations<br>- Explore dedicated pages for teams, genres, bands, channels, & more<br>- Save & organize your favorite radio stations, artists, & content in Your Library<br>- Get alerts when your shows or game-day programs go live<br>- Browse SiriusXM music and audio on our channel guide<br><br>https://apps.apple.com/us/app/siriusxm-music-sports-news/id317951436<br><br><br><br>**What's Available in SiriusXM**<br><br>https://www.youtube.com/watch?v=YBOaY8DlXLw |
| Claim 7.13 wherein one or more changes selected by the user | As highlighted below, SiriusXM provides synchronization of user-specific data and content across devices through its sign-in and cloud integration features. Once a user is signed in, the application synchronizes listening preferences, playback state, and saved downloads across all devices associated |

27

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| triggers identifying and updating of one or more collaborative applications associated with the user, wherein the one or more collaborative applications including social or business networking websites, wherein the one or more changes include changing a theme, wherein the results are further based on the one or more changes. | with the account. Additionally, SiriusXM's personalization engine synchronizes user-related content recommendations and preferences across sessions, indicating a synchronization mechanism that updates collaborative social media applications and devices based on user action.<br><br>Product Related Information Below:<br><br>**App delivers more personalized user experience: improved content recommendations, syncs favorites and settings across all compatible devices, and better performance**<br>**New Search feature lets users discover more channels, shows, and episodes across SiriusXM's music, sports, comedy, news, talk and entertainment channel lineup**<br>**In-app Social feature connects listeners with the social media feeds of their favorite SiriusXM hosts and the shows they love**<br><br>The streaming service immerses subscribers in the world of SiriusXM with a refreshed look that puts them in control of their listening experience, a new Search feature making it easier than ever for listeners to get to the content they want On Demand, improved navigation that streamlines how listeners get to their customized channels, enhanced Social features, better personalized recommendations of channels, shows and content available to each listener, and improved speed and overall performance in low-bandwidth areas. SiriusXM has also redesigned its app and online media player with a flexible architecture for new features and capabilities to be easily added through future updates.<br><br>https://investor.siriusxm.com/news-events/press-releases/detail/1532/discover-your-favorite-artists-plus-get-exclusive |

| U.S. Patent No. 10,491,646 B2 [Claim] | SiriusXM [Relevant Text / Images] |
|---|---|
| | The refreshed design introduces new SXM App features like Personalized Carousels, which give users easy access to their most recently played content, as well as a wide array of personalized recommendations that help listeners discover even more music, news, sports, talk, and other programming to love based on their listening history.  https://www.siriusxm.com/blog/sxm-app-update |